1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY DURHAM,                      No.  2:25–cv–03060–SCR

12              Plaintiff,                 ORDER GRANTING IFP AND
                                          DIRECTING E-SERVICE
13        v.

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                Defendant.
16

17        Pending before the court is Plaintiff's motion for leave to proceed in forma pauperis.  *See*

18   28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or

19   security" by a person that is unable to pay such fees).[1]  ECF No. 2.  Plaintiff submitted a

20   declaration, including a statement of income, expenses, and assets and averring inability to pay

21   the costs of this proceeding.  Accordingly, IT IS HEREBY ORDERED that:

22        1.    Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is GRANTED;

23        2.    The Clerk of Court is directed to issue a summons for this case;

24        3.    In keeping with the court's e-service procedure for Social Security cases, service

25             on the defendant Commissioner of Social Security Administration shall proceed

26

27   [1]  Actions involving review of Social Security decisions are referred to a magistrate judge
     pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).
28

                                        1

1    under the court's E-Service program as follows.  Once a summons is issued, the

2    Clerk of Court shall deliver to the Commissioner of Social Security

3    Administration and the United States Attorney's Office at their designated email

4    addresses a notice of electronic filing of the action along with the summons and

5    complaint.  The Commissioner has agreed not to raise a defense of insufficient

6    service of process if provided with notice of a complaint as detailed in this order.

7    This order is not intended to prevent parties from making any other motions that

8    are appropriate under the Federal Rules of Civil Procedure; and

9        4.     The Clerk of Court is DIRECTED to issue a scheduling order in this case.

10      IT IS SO ORDERED.

11   DATED: October 23, 2025.

13   SEAN C. RIORDAN
     UNITED STATES MAGISTRATE JUDGE